IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN KEITH ALLEN**                                                                                        **PLAINTIFF**

v.                              Case No. 4:19-cv-00908-LPR

**EDWARDS,** *et al*.                                                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Brian Keith Allen's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 5th day of February 2020.


                                                                        Lee P. Rudofsky
                                                                        UNITED STATES DISTRICT JUDGE